■ NEW YORK TOW & RECOVERY BOARD OF TRADE, INC., et al., Appellants, v CITY OF NEW YORK et al., Respondents.— Order, Supreme Court, New York County (Francis Pecora, J.), entered on March 15, 1988, unanimously affirmed for the reasons stated by Francis Pecora, J., without costs and without disbursements. Concur—Kupferman, J. P., Ross, Kassal, Rosenberger and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES PENA, Appellant.—Judgment, Supreme Court, Bronx County (Daniel Sullivan, J.), rendered on July 10, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Kassal, Rosenberger and Ellerin, JJ.

■ HERBERT BLUM et al., Respondents, v WILLIAM H. WARDEN, SR., et al., Appellants, et al., Defendant.—Order, Supreme Court, New York County (Myriam Altman, J.), entered on March 11, 1988, unanimously affirmed for the reasons stated by Myriam Altman, J., without costs and without disbursements. Concur—Sandler, J. P., Carro, Asch, Milonas and Wallach, JJ.